J. OWEN CAMPBELL (State Bar No. 229976)
joc@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; and BANK OF AMERICA, N.A.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tyrone Potts and Rachelle Potts,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., BANK OF AMERICA, N.A., and DOES 1 TO 20, inclusive,<br><br>    Defendants. | Case No.<br><br>**NOTICE OF REMOVAL**<br>**[Federal Question Jurisdiction]**<br><br>Action Filed: April 14, 2014 |

70000.1859/3262808.1

NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFFS, PLAINTIFFS' COUNSEL OF RECORD, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., and BANK OF AMERICA, N.A. hereby remove the above-captioned action from the Superior Court of the State of California, County of Los Angeles, to the United States District Court, Central District of California. Defendants are entitled to removal pursuant to 28 U.S.C. § 1331, based on federal question jurisdiction, as follows:

1. Plaintiffs Tyrone Potts and Rachelle Potts filed a civil action against Defendants in the Los Angeles Superior Court on April 14, 2014, entitled Tyrone Potts and Rachelle Potts v. Countrywide Financial Corporation, et al., case number LC101535 (the "State Court Action"). The complaint asserts claims against Defendants for, among other claims, the alleged violation of the Fair Housing Act, 42 U.S.C. 3601, et seq., and the Equal Credit Opportunity Act, 15 U.S.C. § 1691, et seq.

2. This notice of removal is timely under 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a)(3) because the complaint was served on April 22, 2014. Therefore, this notice of removal is filed within 30 days of service of the State Court Action.

3. There are no other named defendants in this action besides the parties filing this notice of removal.

4. Venue in this Court is proper pursuant to 28 U.S.C. § 1441(a) because this is the district that embraces the county in which Plaintiffs filed the State Court Action. Pursuant to 28 U.S.C. § 1446(d), Defendants are filing this notice of removal with this Court, will serve a copy of this notice upon Plaintiffs, and will file a copy in the Superior Court of California for the County of Los Angeles.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and

orders served upon or by Defendants in the State Court Action are attached hereto as **Exhibit 1**.

    6.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331. The 10th claim for relief of the complaint arises under and alleges violation of federal acts. Plaintiffs allege that Defendants committed violations of the Fair Housing Act, 42 U.S.C. 3601, et seq. ("FHA"), and the Equal Credit Opportunity Act, 15 U.S.C. § 1691, et seq. ("ECOA"). *See* Compl. ¶¶ 79-82.

    WHEREFORE, Defendants pray that the State Court Action be removed from the state court to this Court and that this Court assume jurisdiction over the action and determine it on the merits.

DATED: May 22, 2014

SEVERSON & WERSON
A Professional Corporation

By:    */s/ J. Owen Campbell*
        J. Owen Campbell

Attorneys for Defendants COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; and BANK OF AMERICA, N.A.