JS-6

1  J. OWEN CAMPBELL (State Bar No. 229976)
   joc@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Avenue, Suite 700
4  Irvine, California 92612
   Telephone: (949) 442-7110
5  Facsimile: (949) 442-7118

6  MARK JOSEPH KENNEY (State Bar No. 87345)
   SEVERSON & WERSON
7  A Professional Corporation
   One Embarcadero Center, Suite 2600
8  San Francisco, California 94111
   Telephone: (415) 398-3344
9  Facsimile: (415) 956-0439

10 Attorneys for Defendants
   BANK OF AMERICA, N.A.

11

12                 **UNITED STATES DISTRICT COURT**

13      **CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| 14  Tyrone Potts and Rachelle Potts, | Case No. CV 14-3951-GW(MANx) |
| 15              Plaintiffs, | Hon. George H. Wu<br>Ctrm. 10 – Spring Street |
| 16        vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| 17  COUNTRYWIDE FINANCIAL<br>CORPORATION, COUNTRYWIDE | |
| 18  HOME LOANS, INC., BANK OF<br>AMERICA, N.A., and DOES 1 TO 20, | Action Filed:    April 14, 2014<br>Removal Date: May 22, 2014 |
| 19  inclusive, | FAC Filed:      June 19, 2014<br>Trial Date:      None Set |
| 20              Defendants. | |

21

22          Pursuant to the stipulation of Plaintiffs Tyrone Potts and Rachelle Potts

23  ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant"), and good cause

24  appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice,

25  and dismissal of this action shall serve as a final judgment on the merits in favor of

26  ///

27  ///

28  ///

70000.1859/3871211.1

**PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

1  Defendant.  All parties are to bear their own expenses, costs, and attorney fees with

2  regard to this action.

3

4        IT IS SO ORDERED.

5  DATED:  January 20, 2015

6

7  _____

8  GEORGE H. WU, U.S. District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**